IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAQUIBA SHARDAN GILLIS | : CIVIL ACTION |
| v. | : NO. 22-3362 |
| NORRISTOWN STATE HOSPITAL | : |

## ORDER

AND NOW, this 15th day of May 2023, upon considering Defendant's Motion to dismiss (ECF Doc. No. 16) the pro se Complaint (ECF Doc. Nos. 2, 5), no timely Opposition, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF Doc. No. 16) is **GRANTED in part** and **DENIED in part**:

1. We **GRANT** Defendant's Motion to dismiss Plaintiff's:

    a. Pennsylvania Human Relations Act claims **with prejudice**;

    b. Hostile work environment and retaliation claims under Title VII without prejudice to plead facts as to her hostile work environment, retaliation, and disparate treatment claims outside of the termination through an amended Complaint filed no later than **June 5, 2023**;

2. We **DENY** Defendant's Motion in part to allow Plaintiff to proceed on her claim of disparate treatment under Title VII relating only to the January 10, 2019 termination; and,

3. Absent a timely filed amended Complaint, Defendant shall file an Answer to the remaining allegations in the Complaint (ECF Doc. Nos. 2, 5) on or before **June 9, 2023**.

_____
KEARNEY, J.