IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAQUIBA SHARDAN GILLIS | : CIVIL ACTION |
| v. | : NO. 22-3362 |
| NORRISTOWN STATE HOSPITAL | : |

## ORDER

AND NOW, this 18th day of October 2023, upon considering Defendant's Motion for summary judgment (ECF No. 53), lacking a response from the Plaintiff, following our independent study of the record for disputed issues of material fact which could preclude summary judgment on the remaining race discrimination and retaliation claims, and as more fully detailed in today's accompanying Memorandum, it is **ORDERED** we:

1. **GRANT** Defendant's Motion for summary judgment (ECF No. 53); and,

2. **DIRECT** the Clerk of Court to **CLOSE** this case.

KEARNEY, J.